UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ALLEN CARSON,

        Plaintiff,        Case No. 1:10-cv-1027

v.        Honorable Paul L. Maloney

PATRICIA CARUSO et al.,

        Defendants.
_____/

**ORDER DENYING LEAVE**
**TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within twenty-eight (28) days hereof, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.


Dated:   March 25, 2011        /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      Chief United States District Judge