UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DAVID ALLEN CARSON,

        Plaintiff,              Case No. 1:10-cv-1027

v.                                  Honorable Paul L. Maloney

PATRICIA CARUSO et al.,

        Defendants.
_____/

## **JUDGMENT**

      In accordance with the Order issued this date,

      **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Dated:  May 17, 2011                /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District Judge